Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>  Plaintiff,<br><br>  vs.<br><br>LARRY LEWIS, individually and dba EDDIE'S CAFE, et al.,<br><br>  Defendants. | No. 1:14-cv-01448-MCE-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 4, 2014         MOORE LAW FIRM, P.C.

                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff
                               Cecil Shaw

# ORDER

Good cause appearing, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  December 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT